UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK C. RACITI, DARLENE A. RACITI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Civil Action No.: 18-14869 (FLW) (LHG)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Joseph N. Froelich, Esq., counsel for Defendant Rushmore Loan Management Services, LLC ("Defendant"), on a Motion to Dismiss the putative Class Action Complaint of Plaintiffs Frank C. Raciti and Darlene A. Raciti ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6), and on a Motion to Strike the Class Action Allegations pursuant to Rule 12(f); it appearing that Plaintiffs, through their counsel, Brian Shrader, Esq., oppose the motion; the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 28th day of August, 2019,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion to Strike is **DENIED** as moot.

1

2

                                                                                             /s/ Freda L. Wolfson  
                                                                                              Freda L. Wolfson  
                                                                                              U.S. Chief District Judge